IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGELICA MALDONADO-MALDONADO, et al., <br><br> Plaintiffs <br><br> v. <br><br> TAVERA'S SELF SERVICE, et al., <br><br> Defendants | CIVIL NO. 06-2255 (JP) |

### FINAL JUDGMENT

The Court has before it the parties' stipulation for dismissal with prejudice (No. 17). Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against all defendants. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of April, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE
